IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEVIN VOLSKY, DAVID JARVIS, SCOTT RUSH, ANDREW RIDGEWAY, and JON HAAS,<br><br>　　　　Defendants. | Case No. 10-cv-03769<br><br>Judge William T. Hart<br><br>Magistrate Judge Denlow |

### AGREED INJUNCTION ORDER

It is hereby stipulated and agreed by Plaintiff Bankers Life and Casualty Company ("Bankers Life") and Defendants David Jarvis ("Jarvis"), Andrew Ridgeway ("Ridgeway") and Scott Rush ("Rush"), as follows:

Bankers Life, Jarvis, Ridgeway and Rush have entered into Settlement Agreements that are intended by them to resolve this lawsuit. Pursuant to the terms of the Settlement Agreements, Bankers Life, Jarvis, Ridgeway and Rush have agreed to the entry of this Agreed Injunction Order.

With the Court noting that Jarvis, Ridgeway and Rush do not acknowledge having engaged in any actionable conduct, and that the entry of this Agreed Injunction Order is pursuant to the agreement of Bankers Life, Jarvis, Ridgeway and Rush, and not due to any finding of wrongdoing,

IT IS ORDERED that Defendants Jarvis, Ridgeway and Rush are hereby restrained and prohibited from doing or continuing to do the following:

(a) Breaching their respective Agent Contracts with Bankers Life, including the confidentiality, non-disclosure, customer non-solicitation, and anti-raiding provisions contained therein;

(b) Directly or indirectly using, disclosing, misappropriating, or retaining any proprietary, confidential, or trade secret information of Bankers Life, including all confidential rate information, sales manuals, customer lists, prospect lists, policyholder cards, policyholder contact data, and any other information regarding Bankers Life's policyholders;

(c) Directly or indirectly contacting, soliciting, diverting, or inducing any policyholder of Bankers Life to relinquish, surrender, replace, or lapse any policy issued by Bankers Life within Orange, Seminole and Osceola counties in Florida; and

(d) Directly or indirectly contacting, soliciting, or hiring any agent or employee of Bankers Life within Orange, Seminole and Osceola counties in Florida.

IT IS FURTHER ORDERED that Defendants Jarvis, Ridgeway and Rush's failure to comply with the terms of this Order shall constitute and shall be punishable as contempt of this Court.

IT IS FURTHER ORDERED that this Agreed Injunction Order shall expire on September 4, 2011 with respect to Defendant Rush and on April 15, 2012 with respect to Defendants Jarvis and Ridgeway. This Order shall survive the dismissal of this lawsuit, and this Court shall retain jurisdiction to resolve any disputes concerning enforcement of this Order.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 14, 2011